UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMY SMITH | CIVIL ACTION |
| VERSUS | NUMBER: 14-2689 |
| TOURO INFIRMARY, ET AL. | SECTION: "I"(5) |

**ORDER**

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the Defendants to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, IT IS ORDERED that the Defendants' motions[1] for attorneys' fees and costs are denied.

New Orleans, Louisiana, this 22nd day of June, 2016.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. Nos. 108, 111, and 126